IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUDY C. JONES, individually and as sole
trustee of family trust of Harold L. and Judy
C. Jones Family Trust, dated 10/1/1999                                    PLAINTIFF

v.                                         Case No. 2:13-CV-02153

GREAT AMERICAN LIFE INSURANCE COMPANY
and JOHN DAVID BEAN, individually and d/b/a/
ADVISORY SERVICES LIMITED and d/b/a THE
BEAN AGENCY                                                               DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Judy C. Jones, in her capacity as sole trustee of the Harold L. and Judy C. Jones Family Trust, shall have a judgment of liability for tortious interference with a contract entered in favor of the Trust and against Defendant John David Bean, with no damages outstanding.

IT IS FURTHER ORDERED AND ADJUDGED that Crossclaimant Great American Life Insurance Company shall have and recover from Defendant John David Bean the following amounts: $20,341.80 in actual damage and $1,766.06 in litigation costs.  Interest will accrue on the judgment at the prevailing legal rate of 0.17% per annum from the date of entry of this order until paid.

IT IS SO ORDERED this 30th day of January, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE